UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEPHANIA KENDRICK,                      :
                                         :
                    Plaintiff,           :
                                         :          **REPORT &**
     -against-                           :          **RECOMMENDATION**
                                         :          18-CV-3770 (DLI) (SMG)
CREDIT CONTROL, LLC,                     :
                                         :
                    Defendant.           :
                                         :
-------------------------------------------------------------x
GOLD, STEVEN M., U.S. Magistrate Judge:

  Plaintiff brings this action under the Fair Credit Reporting Act, 15 U.S.C. § 1692 *et seq*. On September 2, 2018, plaintiff filed a document captioned "Notice of Settlement" advising the Court that the matter had been settled and that a notice of voluntary dismissal would be filed promptly. Docket Entry 7. By Order dated September 7, 2018, I directed plaintiff to file a stipulation dismissing the action or a status report by October 2, 2018.

  Plaintiff has failed to file the required stipulation or report or otherwise respond to the Court's order. Accordingly, I respectfully recommend that this action be dismissed with prejudice for failure to prosecute and that the Clerk of Court be requested to close the case.

  Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than October 26, 2018. Failure to object to this Report may waive the right to appeal the District

Court's Order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

/s/
STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
October 26, 2018

*U:\fail to pro- 18-3770.docx*